Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:    702.862.8811
Email:  phicks@littler.com
Email:  kbranson@littler.com

Attorneys for Defendant
AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY STOUDNOR,<br><br>             Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC, a foreign limited-liability company and DOES 1-50, inclusive;<br><br>             Defendant. | Case No. 2:20-cv-00910-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

    Plaintiff TROY STOUDNOR ("Plaintiff") and Defendant AT&T MOBILITY, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have until **July 7, 2020** to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on May 20, 2020 (ECF No. 1) and served on May 26, 2020.  The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

    If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **July 7, 2020**.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: June 15, 2020

Respectfully submitted,

/s/ Joseph R. Ortuno, Esq.
DANIEL R. WATKINS, ESQ.
JOSEPH R. ORTUNO, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
TROY STOUDNOR

Dated: June 15, 2020

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AT&T MOBILITY, LLC

**ORDER**

          **IT IS SO ORDERED.**

Dated: June 15, 2020

_____
United States Magistrate Judge

4813-7657-7727.1 061317.1770

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800