Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY STOUDNOR,<br><br>          Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC, a foreign limited-liability company and DOES 1-50, inclusive;<br><br>          Defendant. | Case No. 2:20-cv-00910-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION PENDING ARBITRATION** |

WHEREAS Plaintiff Troy Stoudnor ("Plaintiff") and Defendant AT&T Mobility Services LLC (erroneously named in the Complaint as "AT&T Mobility, LLC" and hereinafter referred to "Defendant") (collectively the "Parties"), have agreed to submit their claims to arbitration pursuant to an arbitration agreement between the Parties in connection with Plaintiff's employment with Defendant; and

WHEREAS the Parties have met and conferred and agree that it would be in the best interests of judicial economy and in the best interests of the Parties to move this action to arbitration and stipulate to dismissal of this action, without prejudice;

NOW THEREFORE, the Parties, through their respective counsel hereby stipulate and respectfully request that the Court orders as follows:

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1. This matter shall hereby be dismissed, without prejudice, pending resolution of the arbitration (i.e., through settlement or arbitral decision) brought by Plaintiff against Defendant, as well as pending the resolution of all claims and counterclaims that may be asserted in response by Defendant against Plaintiff during arbitration.

2. The Court shall retain jurisdiction as may be required prior to the issuance of the final award and resolution of all claims in arbitration for the purpose of enforcing the arbitration agreement;

3. The Court shall retain jurisdiction over this matter following the issuance of the final award and resolution of all claims in arbitration for the purpose of enforcing the arbitrator's final decision or award; and

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

4. This dismissal, without prejudice, shall not prevent either party from asserting any objection or defense, including those based on jurisdiction or venue, in the event that this action returns to Court.

IT IS SO STIPULATED.

Dated: July 7, 2020

Respectfully submitted,

/s/ Joseph R. Ortuno, Esq.
DANIEL R. WATKINS, ESQ.
JOSEPH R. ORTUNO, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
TROY STOUDNOR

Dated: July 7, 2020

Respectfully submitted,

/s/  Z. Kathryn Branson, Esq.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

**IT IS SO ORDERED.**

Dated: _____July 8_____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.